## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BARNSTABLE, MASSACHUSETTS, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Ann G. BERWICK, *et. al.*,<br><br>Defendants. | **Civil Action No. 14-10148-RGS** |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Hyannis Marina, Inc..; The Alliance to Protect Nantucket Sound; and Jamie Regan, hereby appeal to the United States Court of Appeals for the First Circuit the Order entered on May 2, 2014 (Dkt. 53), and the final Judgment entered on May 5, 2014 (Dkt. 54).

June 2, 2014

Respectfully submitted,

/s/ Matthew E. Price

Robert A. Bianchi  (BBO# 042360)
Robert A. Bianchi & Associates
55 Sea St. Extension
P.O. Box 128
Hyannis, MA 02601
Tel. (508) 775-0785
Email: robbianchi@aol.com

Matthew E. Price (BBO# 668990)
Adam G. Unikowsky*
Jenner & Block LLP
1099 New York Avenue NW Suite 900
Washington, DC 20001
Tel. (202) 639-6000
Email: mprice@jenner.com
        aunikowsky@jenner.com

* Admitted *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that electronic (PDF) copies will be sent to those indicated as non-registered participants by email on June 2, 2014.

/s/  Matthew E. Price

Matthew E. Price